**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-7586**

―――――――――――

COY RAY PHELPS,

Petitioner - Appellant,

versus

ART BEELER,

Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-02-598-5-BO)

―――――――――――

Submitted: November 21, 2002      Decided: December 4, 2002

―――――――――――

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Coy Ray Phelps, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Coy Ray Phelps appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Phelps v. Beeler, No. CA-02-598-5-BO (E.D.N.C. filed Sept. 4, 2002 & entered Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2